# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 1, 2010

Before

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*


Nos.   07-2272, 07-3893, 07-3940,
        07-4010 & 08-3265

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | No. 1:04-cr-495 |
| TROY MARTIN, EDDIE BELL, JOHN BRAYBOY, MARIO TAYLOR and JEROME TERRELL, *Defendants-Appellants*. | Rebecca R. Pallmeyer, *Judge*. |


**O R D E R**

The motion of defendant Patrick Bray to amend the opinion of the court is granted. The last sentence of footnote 27, found on page 56 of the court's opinion is deleted.